THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUDOLPH ROSSI, Appellant, v NORMAN A. BEZIO, as Superintendent of Great Meadow Correctional Facility, Respondent.

Decided September 20, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.